Daniel M. Crowley, SBN 131433
**BOOTH, MITCHEL & STRANGE, LLP**
**707 Wilshire Blvd., Ste. 4450**
**Los Angeles, CA 90017**
**(213) 738-0100**
**dmcrowley@boothmitchel.com**

Attorneys for the Defendants, ELIZABETH CARLSON, LINDA and
GRAHAM HODGES, DAWN and KEITH ROBERTS, and KATHERINE and
WILLIAM KOPPENHAVER

# UNITED STATE DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **BART BAGGETT** | **Case No.: CV 08-4090 VBF (CTx)** |
|     **Plaintiff,** | **JOINT RULE 26(f) REPORT** |
|     **vs.** | **Date:  December 1, 2008**<br>**Time:  8:30 a.m.** |
| **DAWN ROBERTS, et al.,** | **Courtroom: 9** |
|     **Defendants** | **Hon. Valerie Baker Fairbank** |

COME NOW Plaintiff, BART BAGGETT, and Defendants,
ELIZABETH CARLSON, LINDA and GRAHAM HODGES, DAWN and
KEITH ROBERTS, and KATHERINE and WILLIAM KOPPENHAVER, and
submit the following Joint Rule 26(f) Report.

Counsel for the parties have been working together diligently to resolve
this matter, and have had numerous conversations and exchanged
correspondence concerning the issues in this case as early as the beginning of
October 2008.

1

1   1.  Rule 26(a) Disclosures

2        The parties propose that Rule 26(a) disclosures take place on or before

3   December 15, 2008.

4

5   2.  Discovery

6        Discovery will be needed by both sides as to the factual basis of

7   Plaintiff's claims.  In addition, Defendants will need discovery as to the nature

8   and extent of Plaintiff's claimed damages.  Counsel do not see any need to phase

9   this discovery.

10

11   3.  Limitations on Discovery

12        Counsel do not see any need to place restrictions on discovery other than

13   as provided by the FRCP.

14

15   4.  Other Orders

16        Counsel do not see any need for other orders at this time.

17

18        In addressing the issues raised by the court in its October 9, 2009 Order,

19   counsel state:

20

21   1.  Dates

22

23        Counsel suggest that the court set an August 3, 2009 Trial date, a July 1,

24   2009 Final Status Conference, and a June1, 2009 Discovery and Motion cut-off

25   date.

26   ///

27   ///

28   ///

**JOINT RULE 26(f) REPORT**

2.  Discovery

       Discovery will be needed by both sides as to the factual basis of Plaintiff's claims.  In addition, Defendants will need discovery as to the nature and extent of Plaintiff's claimed damages.  Counsel do not see any need to phase this discovery.

3.  Trial Estimate

       Counsel estimate 7-8 days.

4.  Settlement Efforts

       Counsel have exchanged and discussed settlement demands and offers.

5.  Case Complexity

       Counsel do not believe the case is complex.

6.  Additional Parties

       No additional parties are expected.

7.  Motions

       Defendants have made 12(b) motions set to be heard on December 15, 2008 (or, if continued pursuant to stipulation, on January 26, 2009).

8.  Unusual Legal Issues

       Internet jurisdictional issues may be of interest.

///
///
///
///

**JOINT RULE 26(f) REPORT**

9.  Severence or Bifurcation

      Counsel do not anticipate any such issues.


Dated:  November 20, 2008        **DEAN BROWNING WEBB, ESQ.**

                                By:

                                Dean Browning Webb, Esq.
                                Attorneys for Plaintiff, BART
                                BAGGETT


Dated:  November 20 2008        **BOOTH, MITCHEL & STRANGE, LLP**

                                By:

                                Daniel M. Crowley, Esq.
                                Attorneys for Defendants  LINDA and
                                GRAHAM HODGES

4