JS-6

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BART BAGGETT<br><br>Plaintiff,<br><br>vs.<br><br>DAWN ROBERTS, et al.,<br><br>Defendants | Case No.: CV 08-4090 VBF (CTx)<br><br>ORDER DISMISSING PLAINTIFF'S ACTION PURSUANT TO STIPULATION AND FRCP 41 (a)<br><br><br>Hon. Valerie Baker Fairbank |

Pursuant to the stipulation of the parties and FRCP 41 (a):

In accord with the parties to this action having resolved and settled the action as set forth in their Stipulated Dismissal, Plaintiff's action is dismissed with prejudice.  All parties are to bear their own attorney's fees and costs.

Dated: June 18, 2009

_Valerie Baker Fairbank_

Judge Valerie Baker Fairbank

1